**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 0:26-cv-60730-KUNTZ**

**HUMMUS HOLDINGS, LLC,**

Plaintiff,

v.

**MIAMI TWIST, LLC**, *et al.*,

Defendants.

______________________________________/

## ORDER ADOPTING REPORT AND RECOMMENDATION

**THIS CAUSE** is before the Court on Magistrate Judge Panayotta Augustin-Birch's Report and Recommendation [ECF 70] regarding Plaintiff Hummus Holdings, LLC's Motion to Strike [ECF 50].

The Court has reviewed the file and record, and no objections have been filed against the Report and Recommendation, despite being due yesterday, November 19, 2026. Past that deadline, a failure to timely file objections bars parties from a *de novo* determination by the District Judge on an issue covered in the R&R and blocks appealing any unobjected-to factual and legal conclusions. *See generally, e.g.,* 28 U.S.C. § 636(b)(1); *Thomas v. Arn*, 474 U.S. 140, 149 (1985); *Henley v. Johnson*, 885 F.2d 790, 794 (11th Cir. 1989). Accordingly, it is hereby

**ORDERED AND ADJUDGED** that Magistrate Judge Augustin-Birch's Report and Recommendation [ECF 70] is **ADOPTED**. Defendants' second, fourth, seventh, eighth, and fourteenth affirmative defenses are **STRICKEN**.

DONE in Chambers in Fort Lauderdale, Florida, this Monday, November 23, 2026.

**JEFFREY T. KUNTZ**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record